# RESOLUTIONS OF THE MANAGING MEMBER OF
# THE BANNING LEWIS RANCH DEVELOPMENT I & II, LLC

### October 27, 2010

WHEREAS, at a meeting on October 27, 2010 of the voting members of The Banning Lewis Ranch Company, LLC (the "Managing Member Meeting"), a Delaware limited liability company (the "Managing Member"), the majority-in-interest of the voting members of the Managing Member adopted the resolutions annexed hereto as Exhibit A (the "Managing Member Resolutions");

WHEREAS, after a reasonable period of time and good faith commercially reasonable discussion, the voting members of the Managing Member were unable to agree upon a proposed action in respect of the Company's and the Subsidiary's financial condition, liabilities, liquidity position, and the strategic alternatives available to the Company and the Subsidiary, and the majority-in-interest of the voting members of the Managing Member adopted the Managing Member Resolutions in order to break the deadlock in accordance with Section 4.4(f) of the Company's Operating Agreement dated as of June 15, 2004, as amended;

WHEREAS, in accordance with the Managing Member Resolutions, the Managing Member of The Banning Lewis Ranch Development I & II, LLC (the "Company") takes the following actions and adopts the following resolutions with respect to the Company;

WHEREAS, due to uncertain economic and financial conditions generally, and the financial condition of the Company and the Managing Member, the Managing Member considered possible restructuring and other strategic alternatives involving the Company and the Managing Member;

WHEREAS, the Managing Member has considered the materials presented at the Managing Member Meeting regarding the Company's and the Managing Member's collective and respective financial condition, liabilities, liquidity position, the strategic alternatives available to the Company and the Managing Member, and the impact of the foregoing on the Company's and the Managing Member's respective business, assets, creditors, and equityholders;

WHEREAS, the Managing Member has had the opportunity to consult with counsel for the voting members of the Managing Member and fully consider each of the strategic alternatives available to the Company and the Managing Member;

NOW, it is hereby:

I.  **Voluntary Petition Under the Provisions of Chapter 11 of the United States Bankruptcy Code**

**RESOLVED**, that in the judgment of the Managing Member, it is desirable and in the best interests of the Company, and its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED**, that in the judgment of the Managing Member, it is desirable and in the best interests of the Company, and its creditors and other parties in interest, that the Company retain a Chief Restructuring Officer in connection with their bankruptcy cases and restructuring efforts; and

**RESOLVED**, that in furtherance of the bankruptcy, the Managing Member (the "Authorized Person") be, and it hereby is, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists and other motions, papers or documents, and to take any and all action that, after consultation with and upon the advice of the Chief Restructuring Officer it deems necessary or proper to obtain such relief or in furtherance of the bankruptcy case, including without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

**RESOLVED**, that, in furtherance of the bankruptcy, the Authorized Person be, and it hereby is, authorized and directed to retain Edward A. Phillips of the firm of EisnerAmper LLP as Chief Restructuring Officer to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations; and, in connection therewith, the Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of Edward A. Phillips and EisnerAmper LLP; and

**RESOLVED**, that, in furtherance of the bankruptcy, the Authorized Person be, and hereby is, authorized and directed to employ a law firm of the Chief Restructuring Officer's choosing as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and, in connection therewith, the Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of the chosen law firm; and

**RESOLVED**, that, in furtherance of the bankruptcy, the Authorized Person be, and it hereby is, authorized and directed to employ any other professionals identified by the Chief Restructuring Officer to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon

the filing of the chapter 11 cases and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

## II. Debtor in Possession Financing

**RESOLVED**, that in connection with the commencement of the chapter 11 cases by the Company and the Managing Member, the Managing Member has authorized the Chief Restructuring Officer to negotiate, by or on behalf of the Company and the Managing Member, a cash collateral arrangement and/or debtor in possession financing facility (the "Financing") and the Authorized Person be, and hereby is, authorized, empowered and directed to execute and deliver any and all agreements, instruments or documents, by or on behalf of the Company and the Managing Member, necessary to implement the Financing in interim or final form; and

## III. Further Actions and Prior Actions

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Person, the Authorized Person or its designees shall be, and each of them, acting along, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificate, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

These Resolutions may be executed by the undersigned in one or more counterparts, each of which shall be deemed to be an original and all of which constitute together one and the same instrument. Delivery by facsimile, or email of a PDF copy, of a counterpart of these Resolutions executed by a party shall constitute delivery by such party of such party's executed counterparty of these Resolutions.

[Remainder of Page Intentionally Left Blank; Signature Pages Follow]

IN WITNESS WHEREOF, these Resolutions have been executed as of the date first above written.

        **THE BANNING LEWIS RANCH COMPANY, LLC, as Managing Member**

        By: GREENFIELD BLR PARTNERS, L.P., a Delaware limited partnership

        By:   Greenfield BLR Manager, LLC, a Delaware limited liability company, its general partner

            By: _____/s/_____
            Name: Barry P. Marcus
            Title: Senior Vice President

        By: FARALLON BLR INVESTORS, LLC, a Delaware limited liability company

        By:   Farallon Capital Management, LLC, a Delaware limited liability company, its manager

            By: _____
            Name:
            Title:

IN WITNESS WHEREOF, these Resolutions have been executed as of the date first above written.

        **THE BANNING LEWIS RANCH COMPANY, LLC, as Managing Member**

        By: GREENFIELD BLR PARTNERS, L.P., a Delaware limited partnership

        By: Greenfield BLR Manager, LLC, a Delaware limited liability company, its general partner

        By: _____
        Name:
        Title:

        By: FARALLON BLR INVESTORS, LLC, a Delaware limited liability company

        By: Farallon Capital Management, LLC, a Delaware limited liability company, its manager

        By: *[signature]*
        Name: Daniel J. Hirsch
        Title: Managing Member