# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BANNING LEWIS RANCH | ) | |
| DEVELOPMENT I & II, LLC, | ) | Case No.: |
| | ) | |
| Debtor. | ) | |

## DECLARATION UNDER PENALTY OF PERJURY
## REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Barry Marcus, authorized representative of Greenfield BLR Manager, LLC, the general partner of Greenfield BLR Partners, LP, the co-managing member of The Banning Lewis Ranch Company, LLC, managing member of Banning Lewis Ranch Development I & II, LLC, named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: October 28, 2010

Signature: _____
Barry Marcus

## List of Equity Security Holders

1. The Banning Lewis Ranch Company, LLC: 99.9% membership interest

2. MFG I & II, LLC: 0.1% membership interest