IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      ) Chapter 11
                                            )
BANNING LEWIS RANCH                         )
DEVELOPMENT I & II, LLC,                    ) Case No.:
                                            )
         Debtor.                            )

## STATEMENT OF CORPORATE OWNERSHIP

I, Barry Marcus, authorized representative of Greenfield BLR Manager, LLC, the general partner of Greenfield BLR Partners, LP, the co-managing member of The Banning Lewis Ranch Company, LLC, managing member of Banning Lewis Ranch Development I & II, LLC, named as the debtor in this case (the "Debtor"), hereby state pursuant to Fed. R. Bankr. P. 1007(a)(1) that the following corporation(s) directly or indirectly owns 10% or more of any class of the Debtor's equity interests:

99.9% - The Banning Lewis Ranch Company, LLC

Date: October 28, 2010

Signature: _____
Barry Marcus