# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BANNING LEWIS RANCH | ) | |
| DEVELOPMENT I & II, LLC, | ) | Case No.: |
| | ) | |
| Debtor. | ) | |

## DECLARATION UNDER PENALTY OF PERJURY REGARDING LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

I, Barry Marcus, authorized representative of Greenfield BLR Manager, LLC, the general partner of Greenfield BLR Partners, LP, the co-managing member of The Banning Lewis Ranch Company, LLC, managing member of Banning Lewis Ranch Development I & II, LLC, named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief. Inclusion of any entity on the List of Creditors Holding 20 Largest Unsecured Claims does not and should not constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claims; and/or (3) a waiver of any other right, remedy or legal position of the Debtor.

Date: October 28, 2010

Signature: _____
Barry Marcus