## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
THE BANNING LEWIS RANCH )
DEVELOPMENT I & II, LLC, ) Case No.:
)
      Debtor. )

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P 1007(d) for filing in this chapter 11 case. The list does not include (a) persons who came within the definition of "insider" set forth in 11 U.S.C. § 101, or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Key Bank National Association<br>1200 Abernathy Road NE<br>Suite 1550<br>Atlanta, GA 30328 | Fax: (770) 510-2195 | Bank Loan | | $65,593,200<br>($25,000,000 secured) |
| Greenfield BLR Partners, L.P.<br>c/o Greenfield Partners, LLC<br>50 North Water Street<br>South Norwalk, CT 06854 | Fax: (203) 354-5062 | Loan | | $70,194,273.95 |
| Farallon BLR Investors, LLC<br>c/o Farallon Capital Management, L.L.C.<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA 94111 | Fax: (415) 288-0544 | Loan | | $35,095,721.10 |
| Banning Lewis Ranch Management Company, LLC<br>4100 MacArthur Blvd.<br>Suite 100<br>Newport Beach, CA 92660 | Fax: (949) 553-1031 | | Contingent,<br>Unliquidated,<br>Disputed | $14,712,540.00 |
| The Broadband Group<br>701 University Ave, Ste 10<br>Sacramento, CA 95825 | Fax: (916) 614-9035 | | | $360,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security} |
|---|---|---|---|---|
| Banning Lewis Ranch Development Integrated Capital Services 4100 MacArthur Blvd Suite 120 Newport Beach, CA 92660 | Fax: (949) 553-1031 | | | $111,603.95 |
| Ernst & Young, LP Dept 6793 Los Angeles, CA 90084 949-794-2300 | Fax: (949) 437-0590 | | | $107,000.00 |
| EDAW Irvine 2737 Campus Drive Irvine, CA 92612 949-660-8044 | Fax: (949) 660-1046 | | | $95,500.00 |
| Ernst & Young, LP Dept 6793 Los Angeles, CA 90084 949-794-2300 | Fax: (949) 437-0590 | | | $76,378.00 |
| Banning Lewis Ranch Metro Dist. No.2 2 N. Cascade Suite 800 Colorado Springs, CO 80903 | Fax: (303) 573-5218 | | | $50,000.00 |
| Tam Valuation Services PO Box 461081 Aurora, CO 80044 303-699-4877 | Fax: (303) 699-4877 | | | $42,244.00 |
| Cooperating Broker Commission | | | | $40,740.00 |
| D.L.D. Insurance Brokers Inc. 17712 Mitchell NOIth Irvine, CA 92614 949-221-1788 | Fax: (949) 221-1799 | | | $35,868.00 |
| Thomas Thomas 614 N. Tejon Street Colorado Springs, CO 80903 719-578-8777 | Fax: (719) 578-8495 | | | $23,655.00 |
| Mortenson Construction 1621 18th Street Suite 400 Denver, CO 80202 | Fax: (303) 297-8055 | | | $23,580.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, governme~t contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject 10 setoff | (5) Amount of claim [if secured also state value of security} |
|---|---|---|---|---|
| Smith Environmental & Engineering<br>12071 Tejon Street<br>Suite 470<br>Westminster, CO 80234<br>720-887-4928 | Fax: (720) 887-4680 | | | $21,825.25 |
| Colorado Springs Utilities<br>PO Box 1103<br>Colorado Springs, CO 80947<br>719-448-4800 | Fax: (719) 668-7176 | | | $18,372.76 |
| Holland & Halt LLP<br>PO Box 17283<br>Denver, CO 80217-0283<br>303-295-8000 | Fax: (303) 295-8261 | | | $15,227.75 |
| Scott Baugh & Associates<br>4040 MacArthur Blvd<br>Suite 200<br>Newport Beach, CA 92660<br>714-470-5220 | Fax: (949) 251-1686 | | | $15,000.00 |
| Greenfield BLR Partners LP<br>50 North Water Street<br>South Norwalk, CT 06854 | Fax: (203) 354-5062 | | | $14,714.25 |
| Gazette<br>PO Box 1779<br>Colorado Springs, CO 50903<br>719-694-1630 | Fax: (719) 636-0202 | | | $14,000.00 |
| Palmer Center, Ltd.<br>90 S. Cascade A venue<br>Suite 470<br>Colorado Springs, CO 80903 | Fax: (719) 471-1030 | | | $11,737.77 |
| Ash Construction<br>1426 Selix Grove<br>Colorado Springs, CO 80915<br>719-572-1305 | Fax: (719) 573-6757 | | | $11,733.09 |