# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| The Banning Lewis Ranch Development, | : | Case No.: 10-13446 (KJC) |
| I & II, LLC, | : | |
| Debtors. | : | |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firms of Sullivan Hazeltine Allinson LLC and

Sherman & Howard L.L.C. hereby enter their appearance as counsel for the City of Colorado

Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise

Colorado Springs Utilities ("Colorado Springs") in the above-captioned case, pursuant to section

1109(b) of Title 11 of the United States code (the "Bankruptcy Code"); and Rule 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests,

pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the

bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-

captioned case be given and served upon the following persons at the following addresses,

telephone and telecopy numbers:

| | |
|---|---|
| William A. Hazeltine, Esq. | Mark Fulford, Esq. |
| Sullivan Hazeltine Allinson LLC | Sherman & Howard L.L.C. |
| 4 East 8th Street, Suite 400 | 633 17th Street, Suite 3000 |
| Wilmington, DE 19801 | Denver, CO 80202 |
| Tel: (302) 428-8191 | Tel: (303) 299-8454 |
| Fax: (302) 428-8195 | Fax: (303) 298-0940 |
| E-mail: whazeltine@sha-llc.com | E-mail: mfulford@shermanhoward.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the

foregoing demand includes not only the notices and papers referred to in the bankruptcy rules

and sections of the Bankruptcy Code specified above, but also includes, without limitation, any

notice, application, complaint, demand, motion, petition, pleading or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Colorado Springs' rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Colorado Springs are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Colorado Springs expressly reserves.

Date: November 3, 2010
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

William A. Hazeltine (No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

and

Mark Fulford, Esq.
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
Tel: (303) 299-8454
Fax: (303) 298-0940

*Attorneys for the City of Colorado Springs, a Colorado Municipal Corporation and Home Rule City, on behalf of its Enterprise Colorado Springs Utilities*

2