IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
In re                              : Chapter 11
                                   :
The Banning Lewis Ranch Development : Case No. 10-13446 (KJC)
I & II, LLC                        :
                                   :
                Debtors.           :
---------------------------------- x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code, the following counsel enter their appearance on behalf of Greenfield BLR Partners, L.P. and certain affiliates and request that all notices given or required to be given, and all papers served in these cases, be delivered to and served upon the following at their offices at the addresses set forth below, and that the following be added to the general matrix and all special or limited matrices in these matters.

All motions, pleadings, notices, applications and other papers should be served upon:

| KAYE SCHOLER, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Jeffrey A. Fuisz, Esq. | Robert S. Brady, Esq. |
| Benjamin Mintz, Esq. | John T. Dorsey, Esq. |
| 425 Park Avenue | The Brandywine Building |
| New York, NY 10022-3598 | 1000 West Street, 17th Floor |
| Telephone: (212) 836-8000 | Wilmington, DE 19801 |
| Facsimile: (212)836-8696 | Telephone: (302) 571-6600 |
| Email: BMintz@kayescholer.com | Facsimile: (302) 571-1253 |
| | Email: RBrady@ycst.com |
| | JDorsey@ycst.com |

Dated: Wilmington, Delaware  **YOUNG CONAWAY STARGATT & TAYLOR, LLP**
November 3, 2010

_____
Robert S. Brady (No. 2847)
John T. Dorsey (No. 2988)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and –

**KAYE SCHOLER, LLP**
Jeffrey A. Fuisz
Benjamin Mintz
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-8000
Facsimile: (212)836-8696

*Counsel for Greenfield BLR Partners, L.P. and certain affiliates*